UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VIDAR ANTONSEN,

    Plaintiff,

v.                                          Case No: 2:21-cv-227-SPC-NPM

ANTHONY FRANKLIN, JR. and
BACKWATER MARINE &
YACHT BROKERAGE, INC.,

    Defendants.
_____/

## ORDER[1]

Before the Court is the parties' joint Motion and Stipulation for Remand (Doc. 9). Defendants removed here based on admiralty jurisdiction. (Doc. 1). After conferring, however, both parties agree the Court lacks subject-matter jurisdiction. So remand is necessary. What's more, the parties agree to each bear their own costs. And Plaintiff does not request attorney's fees from this Court under 28 U.S.C. § 1447(c). The Court appreciates counsel's ability to work together without judicial assistance. And their Motion is granted.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

(1) The parties' Motion and Stipulation for Remand (Doc. 9) is **GRANTED** as to remand for **lack of subject-matter jurisdiction**.

(2) The Clerk is **DIRECTED** to **REMAND** this action to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of that Court.

(3) The Clerk is **DIRECTED** to terminate any pending motions or deadlines and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on April 9, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record